EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

THOMAS MUEHLECK
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 6 2002

at __ o'clock and ___ __M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR 02-00202 DAE |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [18 U.S.C. § 922(g)(3)] |
| LAWRENCE T.G. CHOW, ) | |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges that:

On or about March 23, 2001, in the District of Hawaii, defendant LAWRENCE T.G. CHOW, being an unlawful user of and addicted to a controlled substance, to wit, methamphetamine and marijuana, did knowingly possess in and affecting commerce a firearm, that is, a Beretta 9mm caliber pistol, Serial # B-87728-


SEALED
BY ORDER OF THE COURT

Z.

All in violation of Title 18, United States Code, Section 922(g)(3).

DATE: May 16, 2002, Honolulu, Hawaii.

A TRUE BILL

/s/
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

THOMAS MUEHLECK
Assistant U.S. Attorney

United States v. Lawrence T.G. Chow
Cr. No. _____
INDICTMENT

2