JUDGMENT
==================================================================

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 20 2004

at ____ o'clock and ____ min. ____
WALTER A.Y.H. CHINN, CLERK

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

---------------

NO. 03-10171
CT/AG#: CR-02-00202-DAE

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

LAWRENCE T.G. CHOW

    Defendant - Appellant

-----------------------

    APPEAL FROM the United States District Court for the District of Hawaii (Honolulu).

    THIS CAUSE came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

    ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is AFFIRMED.

    Filed and entered    December 22, 2003

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JAN 14 2004

by: _____
Deputy Clerk

FILED

DEC 2 2 2003

CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 03-10171 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-02-00202-DAE |
| v. | |
| LAWRENCE T.G. CHOW, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Hawaii
David A. Ezra, District Judge, Presiding

Submitted December 8, 2003**

Before:    GOODWIN, WALLACE, and TROTT, Circuit Judges.

Lawrence T.G. Chow appeals the judgment imposing an 18-month sentence following his guilty-plea conviction for possession of a firearm by an unlawful user of a controlled substance, in violation of 18 U.S.C. § 922(g)(3). We have

---

   *   This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36-3.

   **   This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

jurisdiction pursuant 28 U.S.C. § 1291, and we affirm. We review de novo the district court's interpretation of the Sentencing Guidelines, and for clear error its factual findings at sentencing. *See United States v. Seesing*, 234 F.3d 456, 459 (9th Cir. 2000).

Petitioner contends that the district court clearly erred in applying a four level enhancement pursuant to U.S.S.G. § 2K2.1(b)(5) for possession of a firearm in connection with his unlawful use of or addiction to a controlled substance. Specifically, he argues that there is no evidence connecting the firearm to the drug offense, and that the firearm did not embolden him to sell marijuana. This contention lacks merit. The record supports a reasonable inference that possession of the firearm emboldened Chow's felonious activity since the firearm, which could be used to compel payment or defend drugs, was readily accessible from his bedroom closet. *See United States v. Polanco*, 93 F.3d 555, 567 (9th Cir. 1996) (holding that the presence of a firearm in defendant's nearby car was sufficient to support finding that the possession of the firearm emboldened defendant while selling drugs).

**AFFIRMED.**

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JAN 1 4 2004

by /s/
Deputy Clerk

```
                                                            MOtT 4 ORALSC
                                                                        i
INTERNAL USE ONLY: Proceedings include all events.
03-10171 USA v. Chow

UNITED STATES OF AMERICA          Thomas C. Muehleck, AUSA
        Plaintiff - Appellee      808/541-2850
                                  Room 6100
                                  [COR LD NTC aus]
                                  UNITED STATES ATTORNEY
                                  P.O. Box 50183
                                  300 Ala Moana Blvd.
                                  Honolulu, HI 96850

     v.

LAWRENCE T.G. CHOW                Donna M. Gray, AFPD
        Defendant - Appellant     FAX 541-2521
                                  Room 7102
                                  [COR LD NTC afp]
                                  OFFICE OF THE FEDERAL PUBLIC
                                  DEFENDER
                                  300 Ala Moana Boulevard
                                  P.O. Box 50269
                                  Honolulu, HI 96850-5269
```