EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

HARRY YEE  3790
Assistant U.S. Attorney
Attn: Financial Litigation Unit
Rm 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850-6100
Telephone:  (808) 541-2850
Fax:         (808) 541-3752
Email:  Harry.Yee@usdoj.gov

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 0 5 2004

at 3 o'clock and 2 min. P M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. 02-00202-001 |
| | ) | |
| Plaintiff, | ) | SATISFACTION OF JUDGMENT |
| | ) | AND RELEASE OF NOTICE OF |
| vs. | ) | LIEN |
| | ) | |
| | ) | |
| Lawrence T.G. Chow, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

SATISFACTION OF JUDGMENT
AND RELEASE OF NOTICE OF LIEN

The United States of America, by and through its

attorneys, EDWARD H. KUBO, JR., United States Attorney for the

District of Hawaii, and Harry Yee, Assistant U.S. Attorney,

states that on March 11, 2003, a Judgment in a Criminal Case was

entered against Lawrence T.G. Chow (SSN: 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) in the U.S.

District Court, District of Hawaii, ordering payment of a special

assessment of $100.00, a fine of $1,000.00 and a restitution of

-0-.

A Notice of Lien For Fine And/Or Restitution Imposed Pursuant To The Anti-Terrorism and Effective Death Penalty Act of 1996 was recorded on May 12, 2003 at the Bureau of Conveyances, State of Hawaii, Document No. 2003-089240.

The special assessment, fine, and/or restitution amounts have been fully satisfied.

DATED:___November 5, 2004_____, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By:_____
     HARRY YEE
     Assistant U.S. Attorney
     Attorneys for Plaintiff

213.wp

2