PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

DONNA M. GRAY        # 4519
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269

Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:     fpdhi@hotmail.com

Attorney for Defendant
LAWRENCE T.G. CHOW

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 02-00202 DAE |
| | ) |
| Plaintiff, | ) MOTION FOR EARLY |
| | ) TERMINATION OF SUPERVISED |
| vs. | ) RELEASE; DECLARATION OF |
| | ) COUNSEL; CERTIFICATE OF |
| LAWRENCE T.G. CHOW, | ) SERVICE |
| | ) |
| Defendant. | ) |
| | ) |

## MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

COMES NOW the defendant, Lawrence T.G. Chow, through counsel, Donna M. Gray, Assistant Federal Defender, and moves this Honorable Court for early termination of his three-year term of supervised release, which commenced

on August 6, 2004.  Mr Chow has thus far successfully completed two years of his three-year term of supervised release.

Pursuant to 18 U.S.C. § 3583(e)(1), this Court has the authority to terminate a term of supervised release previously ordered and discharge the defendant at any time after the expiration of one year of supervised release.

In deciding whether to grant early termination, the Court considers the factors set forth in § § 3553(a) (1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4) through (a)(7), which are essentially as follows:

The nature and circumstances of the offense and the history and characteristics of the defendant;

To afford adequate deterrence to criminal conduct.

To protect the public from further crimes of the defendant.

To provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.

Mr. Chow was charged and convicted in 2002 with being a drug user in possession of a firearm.  He was released on bond pending the outcome of that case and during that time participated in and completed an intensive outpatient drug treatment program at Hina Mauka.

He is now 27 years old. He has full-time employment working for a landscaping company and has been so employed since he began his supervised release term. He also completed a 12-week outpatient drug counseling program during the first year of his supervised release term. During these past two years he has had no positive drug tests.

Mr. Chow's *only* prior arrest and conviction was for a DUI offense in 2002. He has been fully compliant with the conditions of probation over the last two years. Therefore, based upon his conduct on probation thus far, as well as the factors set forth in 18 U.S.C. § 3553(a), it is respectfully requested that this Court order that Mr.Chow's three-year term of supervised release be terminated at this point in time.

DATED: Honolulu, Hawaii, August 29, 2006.

    /s/ Donna M. Gray
DONNA M. GRAY
Attorney for Defendant
LAWRENCE T.G. CHOW

## **CERTIFICATE OF SERVICE**

DONNA M. GRAY, hereby certifies that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known address:

    THOMAS C. MUEHLECK    (Served Electronically through CM/ECF)
    Assistant United States Attorney
    Attorney for Plaintiff
    UNITED STATES OF AMERICA

    DEREK KIM    (hand-delivered)
    U. S. Probation Officer
    U. S. District Courthouse
    300 Ala Moana Boulevard, Room C126
    PJKK Federal Building
    Honolulu, Hawaii  96850

DATED: Honolulu, Hawaii, August 29, 2006.

                        /s/ Donna M. Gray
                        DONNA M. GRAY
                        Attorney for Defendant
                        LAWRENCE T.G. CHOW