IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) Cr. No. 02-00202 DAE |
|---|---|
| Plaintiff, | ) DECLARATION OF COUNSEL |
| vs. | ) |
| LAWRENCE T.G. CHOW, | ) |
| Defendant. | ) |

**DECLARATION OF COUNSEL**

I, DONNA M. GRAY, hereby declare as follows:

1. That I am counsel for defendant, LAWRENCE T. G. CHOW, having been appointed pursuant to the Criminal Justice Act.

2. That the facts and statements set forth in the foregoing document are true and correct to the best of my knowledge and belief.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Honolulu, Hawaii, August 29, 2006.

    /s/ Donna M. Gray
DONNA M. GRAY
Attorney for Defendant
LAWRENCE T.G. CHOW