PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

DONNA M. GRAY  #4519
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
Email:       fpdhi@hotmail.com

Attorney for Defendant
LAWRENCE T. G. CHOW

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00202 DAE |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | DEFENDANT'S MOTION FOR |
| vs. | ) | EARLY TERMINATION OF |
| | ) | SUPERVISED RELEASE |
| LAWRENCE T. G. CHOW, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER GRANTING DEFENDANT'S MOTION FOR
EARLY TERMINATION OF SUPERVISED RELEASE

On August 29, 2006, Defendant filed a Motion for Early Termination of Supervised Release.  The Government and the United States Probation Office having no objections to the motion,

IT IS HEREBY ORDERED that Defendant's Motion for Early Termination of Supervised Release is hereby GRANTED.

IT IS APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, September 21, 2006.



_____
David Alan Ezra
United States District Judge

APPROVED AS TO FORM ONLY:

  /s/ Florence Nakakuni
FLORENCE NAKAKUNI
THOMAS MUEHLECK
Assistant United States Attorneys

UNITED STATES v. CHOW, Cr. No. 02-00202 DAE; ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE